# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GARY CHAMBERS,

           Petitioner,

v.

ATTORNEY GENERAL, et al.,

           Respondents.

Case No. 3:22-cv-00097-RCJ-CLB

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 12), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 12) is granted. Respondents will have up to and including July 7, 2022, to file and serve their response to Petitioner's motion for leave to file a second amended petition.

Dated: June 14, 2022.

                                                      _____
                                                      ROBERT C. JONES
                                                      UNITED STATES DISTRICT COURT