# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

This counseled habeas matter comes before the Court on Petitioner Gary Chambers' motion for leave to file a second amended petition. (ECF No. 11.) This Court appointed the Federal Public Defender to represent Chambers on May 9, 2022. (ECF No. 9.) This Court gave Chambers up to and including 90 days to file an amended petition. (*Id.*) Chambers filed a first amended petition on May 24, 2022, and simultaneously moved for leave to file a second amended petition. (ECF Nos. 10, 11.) In the motion, Chambers' counsel explains that she filed his first amended petition before Chambers' statute of limitations expired, but she needs further time to review the record and assign an investigator. (ECF No. 11.) Respondents filed a non-opposition to Chambers' motion. (ECF No. 14.) Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and the Scheduling Order (ECF No. 9), the Court finds that leave to amend is appropriate.

IT IS THEREFORE ORDERED that Petitioner Gary Chambers' Motion for Leave to File Second Amended Petition (ECF No. 11) is GRANTED. Petitioner has 60 days from the date of this order to file his amended pleading. All other instructions and deadlines stated in the Scheduling Order (ECF No. 9) remain in effect.

Dated: July 21, 2022

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT