**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 16), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is GRANTED. Petitioner will have up to and including November 18, 2022, to file his second amended petition for writ of habeas corpus.

Dated: September 19, 2022

ROBERT C. JONES
UNITED STATES DISTRICT COURT