# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 21), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 21) is GRANTED. Respondents will have up to and including April 17, 2023, to respond to the second amended petition for writ of habeas corpus.

Dated: January 11, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT