# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>    Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL, et al.,<br><br>    Respondents. | Case No. 3:22-cv-00097-RCJ-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 25), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (second request) (ECF No. 25) is GRANTED. Respondents will have up to and including June 16, 2023, to respond to the second amended petition for writ of habeas corpus.

Dated: April 17, 2023

                     _____
                     ROBERT C. JONES
                     UNITED STATES DISTRICT COURT JUDGE