# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GARY CHAMBERS,

                    Petitioner,

v.

ATTORNEY GENERAL, et al.,

                  Respondents.

Case No. 3:22-cv-00097-RCJ-CLB

**ORDER**

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 31), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion for extension of time (first request) (ECF No. 31) is GRANTED. Petitioner will have up to and including September 11, 2023, to file his opposition to the motion to dismiss.

Dated:  July 18, 2023

ROBERT C. JONES
UNITED STATES DISTRICT COURT