# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 33), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion for extension of time (second request) (ECF No. 33) is GRANTED. Petitioner will have up to and including October 26, 2023, to file his opposition to the motion to dismiss.

Dated: September 13, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT