# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 35), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion for extension of time (third request) (ECF No. 35) is GRANTED. Petitioner will have up to and including December 11, 2023, to file his opposition to the motion to dismiss.

Dated: October 31, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE