# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 38), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 38) is GRANTED. Respondents will have up to and including December 26, 2023, to file their reply to their motion to dismiss.

Dated: December 13, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT