# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

This counseled habeas matter is before the Court on Petitioner Gary Chambers's notice of compliance with court order. (ECF No. 42.) On January 4, 2024, this Court determined that ground 7 of Chambers's second-amended petition is unexhausted to the extent it includes trial counsel error and instructed Chambers to inform the Court how he wished to proceed on that unexhausted ground. (ECF No. 41.) Chambers has timely complied by filing his notice, explaining that he wishes to voluntarily dismiss the unexhausted portion of ground 7.

**IT IS THEREFORE ORDERED** that ground 7 of the second-amended petition is DISMISSED to the extent it includes trial counsel error.

**IT IS FURTHER ORDERED** that Respondents have up to and including April 1, 2024, in which to file an answer to the second-amended petition. Chambers has 30 days from the date of service of Respondents' answer to file a reply.

Dated: February 5, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT