**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 44), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for extension of time (first request) (ECF No. 44) is GRANTED. Respondents have up to and including May 31, 2024, to file their answer to the remaining claims in the Second-Amended Petition.

Dated: April 3, 2024

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT