UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>　　　　　　　Petitioner,<br>　v.<br>ATTORNEY GENERAL,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

This matter is before this Court on Respondents' unopposed motion for an extension of time to file their answer to the remaining claims in the second-amended petition. (ECF No. 47.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 47) is granted. Respondents have until July 1, 2024, to file their answer.

Dated this 11th day of June 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1