UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS, | Case No. 3:22-cv-00097-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL, | |
| Respondents. | |

This matter is before this Court on Respondents' unopposed motion for an extension of time to file their answer to the remaining claims in the second-amended petition. (ECF No. 49.) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 49) is granted. Respondents have until July 15, 2024, to file their answer.

Dated this 12th day of July 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1