UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ATTORNEY GENERAL,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

This matter is before this Court on Respondents' unopposed motion for a 14-day extension of time to file their answer to the remaining claims in the second-amended petition. (ECF No. 51.) This is Respondents' fourth request for an extension of this deadline. The Court finds good cause exists to grant the motion, but it warns that any future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 51) is granted. Respondents have until July 29, 2024, to file their answer.

Dated this 22nd day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1