UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ATTORNEY GENERAL,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

This matter is before this Court on Petitioner Gary Chamber's motion for a 62-day extension of time to file his reply to his second-amended petition. (ECF No. 56.) The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 56) is granted. Chambers has until November 4, 2024, to file his reply.

DATED THIS 4th day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE