UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JEREMY BEAN,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

This matter is before this Court on Petitioner Gary Chamber's motion for a 46-day extension of time to file his reply to his second-amended petition. (ECF No. 60.) This is Chamber's third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 60) is granted. Chambers has until February 3, 2025, to file his reply.

DATED THIS 27th day of December 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE