UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>                Petitioner,<br>   v.<br>JEREMY BEAN,<br><br>                Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

This matter is before this Court on Petitioner Gary Chamber's unopposed motion for a 35-day extension of time to file his reply to his second-amended petition. (ECF No. 62.) This is Chamber's fourth request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 62) is granted. Chambers has until March 10, 2025, to file his reply.

Dated this 7th day of February 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1