UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY CHAMBERS,<br><br>　　　　　　　Petitioner,<br>　v.<br>JEREMY BEAN,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00097-ART-CLB<br><br>ORDER |

　　　　This matter is before this Court on Petitioner Gary Chamber's motion for a 7-day extension of time to file his reply to his second-amended petition. (ECF No. 64.) This is Chamber's fifth request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　　It is therefore ordered that the motion for extension of time (ECF No. 64) is granted. Chambers has until March 17, 2025, to file his reply.

　　　　DATED THIS 13th day of March 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1